**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

DR. ANTHONY L. WALKER

CIVIL ACTION NO. 24-1181

VERSUS

JUDGE ALEXANDER C. VAN HOOK

UNIVERSITY OF LOUISIANA AT
MONROE, ET AL.

MAGISTRATE JUDGE McCLUSKY

## ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 46, the Defendants' Motion for Judgment on the Pleadings, Record Document 16, and after a *de novo* review of the record, no objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that Defendants' Motion for Judgment on the Pleadings, Record Document 16, is **GRANTED.** All ADA claims against Defendants are **DISMISSED WITH PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 1st day of May, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE